IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  09-0128-REL-01 |
| | ) | |
| JOHN B. ANGELL, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION OF THE UNITED STATES FOR
PRETRIAL DETENTION AND A HEARING PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTION 3142(f)

COMES NOW the United States of America, by Matt J. Whitworth, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, and hereby moves the Court to hold a hearing pursuant to Title 18, United States Code, Section 3142(f), for the purpose of demonstrating that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required by the Court and the safety of other persons and the community and thereafter detain defendant without bail pending trial of this matter.

**Supporting Suggestions**

1. Subsection 3142(f), Title 18, United States Code, provides that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions will reasonably assure the defendant's appearance and the

safety of any other person in the community if the attorney for the Government moves for such a hearing and if the case is in any one of the following categories:

 A. The case involves a <u>crime</u> <u>of</u> <u>violence</u>, a term defined to include either:

  (1) An offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another; or

  (2) any other offense that is a <u>felony</u> and by its nature involves a substantial risk that physical force against the person or property of another <u>may</u> be used in the course of its commission.

 B. The case involves an offense where the maximum sentence is life imprisonment or death.

 C. The case is a narcotics case under Title 21, United States Code, for which imprisonment for ten years or more is prescribed.

 D. Any felony, even a non-violent felony not involving drugs, if the person already has two or more convictions for a crime of violence, a crime punishable by life imprisonment, or a ten-year drug felony.

 2. The statute recognizes two additional situations which allow for a detention hearing and which can be raised either by the attorney for the Government or by a judicial officer. These conditions are:

 A. When there is a serious risk that the defendant will flee; or

 B. when there is a serious risk that the person will "obstruct or attempt to

obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror."

    3. One or more grounds for pretrial detention and a pretrial detention hearing as set forth by the statute exists in the above cause.

    WHEREFORE, the Government respectfully requests that this Honorable Court set a detention hearing to demonstrate that no condition or combination of conditions will reasonably assure the defendant's appearance as required by the court and the safety of other persons and the community and thereafter detain defendant without bail pending trial of this matter.

                            Respectfully submitted,

                            Matt J. Whitworth
                            Acting United States Attorney

              By    */s/Jeffrey Valenti*

                            Jeffrey Valenti, #43254
                            Assistant United States Attorney

                            Charles Evans Whittaker Courthouse
                            400 East 9th Street, Suite 5510
                            Kansas City, Missouri 64106
                            Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing will be hand-delivered to the defendant at the Office of the United States Marshals Service, 400 East 9th Street, Kansas City, Missouri 64106.

                                                       */s/Jeffrey Valenti*
                                                      Jeffrey Valenti
                                                      Assistant United States Attorney

JV/blw